UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ISIS RUDOLPH, SR.,

        Plaintiff,

   v.                                      Civil Action 2:25-cv-757
                                                Judge Algenon L. Marbley
                                                Magistrate Judge Chelsey M. Vascura

HARRISON METROPOLITAN
HOUSING AUTHORITY, *et al.*,

        Defendants.

## ORDER

This matter is before the Court on Plaintiff's Motion for Court-Ordered Service by U.S. Marshals (ECF No. 23). Given Plaintiff's *in forma pauperis* status (*see* ECF No. 15), and Plaintiff's submission of the necessary U.S. Marshal service and summons forms, Plaintiff's Motion (ECF No. 23) is **GRANTED**. The Clerk is **DIRECTED** to issue the summonses attached to Plaintiff's Motion (ECF Nos. 23-3 and 23-4) and the United States Marshal is **DIRECTED** to serve by certified mail upon Defendants the issued summonses, a copy of the Amended Complaint (ECF No. 16), and a copy of the September 11, 2025 Order and Report and Recommendation (ECF No. 17).

This matter is further before the Court on Plaintiff's Motion to Remove and Refile Exhibits (ECF No. 24). Therein, Plaintiff requests removal of exhibits she filed on October 5, 2025 (ECF Nos. 21-1 and 22-1) because they contain her unredacted birthdate. For good cause shown, Plaintiff's Motion (ECF No. 24) is **GRANTED**. The Court cannot remove documents once filed on the docket, but the Clerk is **DIRECTED** to place ECF Nos. 21-1 and 22-1

**UNDER SEAL**. The Clerk is further **DIRECTED** to file on the docket Plaintiff's redacted exhibits attached to her Motion at ECF Nos. 24-1 and 24-2.

    **IT IS SO ORDERED.**

                                          /s/ *Chelsey M. Vascura*
                                          CHELSEY M. VASCURA
                                          UNITED STATES MAGISTRATE JUDGE