**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ISIS RUDOLPH,**

        **Plaintiff,**

    **v.**

                                 **Civil Action 2:25-cv-757**
                                 **Judge Algenon L. Marbley**
                                 **Magistrate Judge Chelsey M. Vascura**

**HARRISON METROPOLITAN**
**HOUSING AUTHORITY,** *et al.*,

        **Defendants.**


**ORDER**

    Plaintiff's Motion for Reasonable Accommodations (ECF No. 41) is **DENIED**

**WITHOUT PREJUDICE**. Plaintiff's requested accommodations pertain to in-person, Zoom, or

telephone court appearances. No court appearances for Plaintiff are currently scheduled. Should

a court appearance by Plaintiff become necessary, she may renew her request for

accommodations specific to the appearance in question.


    **IT IS SO ORDERED.**


                                    /s/ *Chelsey M. Vascura*
                                    CHELSEY M. VASCURA
                                    UNITED STATES MAGISTRATE JUDGE