**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

ISIS RUDOLPH, SR,

      **Plaintiff,**

    v.                               **Civil Action 2:25-cv-757**
                                         **Judge Algenon L. Marbley**

HARRISON METROPOLITAN
HOUSING AUTHORITY, *et al.*,           **Magistrate Judge Chelsey M. Vascura**

      **Defendants.**

**<ins>ORDER</ins>**

This matter is before the Court on Plaintiff's Notice to the Court Regarding Discovery

Communications and Request for Coordination of Remaining Discovery (ECF No. 67).  Therein,

Plaintiff requests that "any remaining discovery requests from Defendants be coordinated and

served in a consolidated manner whenever possible. Specifically, Plaintiff requests that counsel

for Defendants coordinate the timing of any remaining discovery requests so that Requests for

Production, interrogatories, or other discovery materials are served simultaneously rather than in

a staggered manner." (*Id.*)

Plaintiff's motion (ECF No. 67) is **DENIED**. There are only two Defendants in this case

such that keeping track of which party served discovery should not be overly onerous for

Plaintiff, even taking into account her disabilities. Moreover, Defendants' discovery needs may

not line up in the manner Plaintiff is suggesting. If Plaintiff requires additional time to respond to

Defendants' discovery requests, she may move for extensions of time after soliciting

Defendants' consent as provided for in S.D. Ohio Civ. R. 7.3(a).


**IT IS SO ORDERED.**


/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE