**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ISIS RUDOLPH, SR.,**

**Plaintiff,**

**v.**

**Civil Action 2:25-cv-757**
**Judge Algenon L. Marbley**
**Magistrate Judge Chelsey M. Vascura**

**HARRISON METROPOLITAN HOUSING AUTHORITY, *et al.*,**

**Defendants.**

**ORDER**

This matter is before the Court on Plaintiff's filing titled CM/ECF Upload Errors and Request to Verify Docket Entries (ECF No. 99). Therein, Plaintiff requests confirmation of which of her filings appear on the docket. For good cause shown, Plaintiff's motion (ECF No. 99) is **GRANTED**. The Clerk is **DIRECTED** to email Plaintiff a copy of this case's docket sheet. If, upon review of the docket sheet, Plaintiff determines that any of her intended filings are not reflected on the docket, she may file them (either using the Court's CM/ECF system or by providing hard copies to the Clerk's Office) **ON OR BEFORE NOVEMBER 24, 2026**.

Plaintiff is further advised that the linkage of her memorandum in opposition to Defendant Cedar One Property Management LLC's motion for summary judgment has already been corrected by court staff.

**IT IS SO ORDERED.**

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE